UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL REILLY,

        Plaintiff,

vs.                      Case No. 2:05-cv-304-FtM-29SPC

BRIAN BOYLE, P.A.,

        Defendant.
_____

**ORDER**

This matter comes before the Court on plaintiff's Petition for Certification of Appealability (Doc. #13), filed on September 6, 2005. Pursuant to Fed. R. App. P. 22-1(c)(1), the motion is construed as a Notice of Appeal. Although a certificate of appealability must issue for all appeals pursuant to § 2254 or § 2255, Fed. R. App. P. 22(b)(1), this is a civil action to which a certificate of appealability is not required.

Under 28 U.S.C. § 1915(a)(2), a prisoner seeking to proceed without prepayment on appeal must submit a "certified copy of the trust fund account statement" for the 6-month period immediately preceding the filing of the Notice of Appeal. While plaintiff has failed to do so, the Court will proceed to 28 U.S.C. § 1915(a)(3), which provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Plaintiff appeals from the Court's July 13, 2005, Order (Doc. #6) dismissing the case without prejudice for failure

to state a claim. The Court finds that the appeal is not taken in good faith and certifies the appeal as such.

Accordingly, it is now

**ORDERED**:

1. Plaintiff's Petition for Certification of Appealability (Doc. #13) is **DENIED** as the certificate is only required for habeas petitions. The Court, however, certifies that the appeal is not taken in good faith.

2. The Clerk shall construe the Petition for Certification of Appealability (Doc. #13) as a Notice of Appeal and process the appeal accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of September, 2005.

JOHN E. STEELE
United States District Judge

Copies:
USCA
SA/hk